Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., #340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@ toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADE MUSE, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-01259-AH-SSC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |
| VIVE FINANCIAL LLC and DOES 1-120, | |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

///

///

Dated: June 11, 2025          **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman
    Todd M. Friedman

## CERTIFICATE OF SERVICE

Filed electronically on June 11, 2025, with:

United States District Court CM/ECF system

Notification sent electronically on June 11, 2025, to:

To the Honorable Court, all parties and their Counsel of Record

<u>/s/Todd M. Friedman</u>
  Todd M. Friedman